Dale Devon SCHEANETTE, Plaintiff–Appellant,

v.

Mike THOMAS, Judge, Criminal District Court # 4, Tarrant County, in his official and individual capacity; Dee Anderson, Sheriff, Tarrant County, in his individual and official capacity; Tarrant County District Attorney, Unknown, in official

and individual capacity; Unknown Judges, Tarrant County, in their individual and official capacities; Tarrant County Budget Risk Management; Tarrant County Commissioners; Tim Curry, Tarrant County District Attorney, in his individual and official capacity; Deputy District Attorney, Tarrant County, Defendants–Appellees.

No. 05–10615.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 26, 2006.

Dale Devon Scheanette, Livingston, TX, pro se.

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court in its order entered April 28, 2005.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

